**FORM B1**

# United States Bankruptcy Court
## Southern District of Georgia

**Voluntary Petition**

# 03   11441

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASHE, ROBERT C** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**ASHE, DEBORAH** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4725 BASS DR**<br>**EVANS GA  30809** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4725 BASS DR**<br>**EVANS GA  30809** |
| County of Residence or of the<br>Principal Place of Business:  **COLUMBIA** | County of Residence or of the<br>Principal Place of Business:  **COLUMBIA** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| |
|---|
| Location of Principal Assets of Business Debtor<br>(if different from street address above): |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)      ☐ Railroad
☐ Corporation      ☐ Stockbroker
☐ Partnership      ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7      ☐ Chapter 11      ☑ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business      ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☐ Full Filing Fee Attached

☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

FILED
U.S. BANKRUPTCY COURT
SAVANNAH, GA.
2003 APR 14  P 3: 48

1/24/03 OS

I

(Official Form 1) (9/01)                                                    FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ROBERT C & DEBORAH ASHE |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: See attached sheet | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Robrt C Ashe*
Signature of Debtor

X *Deborah A. Ashe*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 4-7-03

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
MICHAEL G. HOSTILO
Printed Name of Attorney for Debtor(s)
ZETTLER & HOSTILO
Firm Name
1515 ABERCORN STREET
Address
SAVANNAH, GEORGIA 31401
(912) 234-4473
Telephone Number
4-7-03
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     4-7-03
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM 1.  VOLUNTARY PETITION  - Page 3  ●

Name of Debtors:  **ROBERT ●ASHE**
**DEBORAH ASHE**

Case Number:

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS | | |
|---|---|---|
| Location Where Filed | Case Number | Date Filed |
| **SOUTHERN** | **02-12869 CHPTR 13** | **8/23/02** |

## UNITED STATES BANKRUPTCY COURT

### Southern District of Georgia

In re:     **ROBERT C ASHE**          **DEBORAH ASHE**

Case No. _____ . _____
Chapter   **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 1,500.00 |

2. The source of compensation paid to me was:

    ☐ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e) [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
       **None**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ___ 4-7-03 ___

**MICHAEL G HOSTILO**, Bar No. **368421**
**ZETTLER & HOSTILO**
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Georgia

In re:   **ROBERT C ASHE**

**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**

**DEBORAH ASHE**

**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**

Case No. _____

Chapter    **13**

# APPLICATION/ORDER FOR FEES

Memorandum of Receipts and Disbursements;
Statement of Attorney Pursuant to Bankruptcy Rule 2016(b);
and Order Thereon

**TO THE HONORABLE BANKRUPTCY JUDGE:**

Applicant hereby makes application for fees and represents that the fee arrangement in this proceeding is as follows:

1.  That Applicant, as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan.  The services include interviews with debtor; the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the § 341 meeting and confirmation hearing.

2.  That Applicant believes a reasonable fee for said services to be   **$1,500.00**   and prays that said fee be approved and allowed.

3.  That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

| | | |
|---|---:|---:|
| Total Received | **$0.00** | |
| Disbursements: | | |
| Filing fee | **$0.00** | |
| Trustee | **$0.00** | |
| Other | **$0.00** | |
| Total Disbursements | | **$0.00** |
| Amount applied to attorneys' fees | | **$0.00** |
| Balance of attorneys' fees | | **$1,500.00** |

The total amount of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of   **$0.00**   including fees reserved for Chapter 13.

4.  That in addition to the foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

     (a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

     (b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was:
          **None**

     (c) The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except:
          **None**

Dated: ___4-7-03___

_____
**MICHAEL G HOSTILO**, Bar No. 368421
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## Southern District of Georgia

In re: ROBERT C & DEBORAH A ASHE

Case No. _____

Chapter 13

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $185.00 in installments.

2.  I certify that I am unable to pay the Filing Fee except in installments.

3.  I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with the case until the filing fee is paid in full.

4.  I propose the following terms for the payment of the Filing Fee.*

    $___185.00___  Check one  [ ] With the filing of the petition, or
                              [X] On or before  ___7-07-03___

    $_____0.00___ on or before _____

    $_____0.00___ on or before _____

    $_____0.00___ on or before _____

\*  The number of installments proposed shall not exceed four(4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  4-7-03          X _Robt C Ashe_ ____ 4-7-03
MICHAEL G HOSTILO      Date                                Date
MICHAEL G HOSTILO   368421             X _Deborah Ashe_
Name of Attorney

------------------------------------------------------------
CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Not Applicable_____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: **not applicable.**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_Not Applicable_____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
------------------------------------------------------------

# United States Bankruptcy Court
# Southern District of Georgia

In re  **ROBERT C ASHE**          **DEBORAH ASHE**          Case No.

    **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**          **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**          Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $  189,140.00 | | |
| B - Personal Property | NO | 3 | $  52,573.49 | | |
| C - Property Claimed As Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $  172,142.25 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 1 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 2 | | $  67,088.68 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 1 | | | $  4,670.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 1 | | | $  4,345.00 |
| Total Number of sheets in ALL Schedules ➤ | | 13 | | | |
| Total Assets ➤ | | | $  241,713.49 | | |
| Total Liabilities ➤ | | | | $  239,230.93 | |

In re:   ROBERT C ASHE            DEBORAH ASHE                Case No.

         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             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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LAND/HOUSE 4725 BASS DR EVANS GA | Co-Owner | J | $ 168,873.00 | $ 128,500.00 |
| LOT 4727 BASS DR EVANS GA | Co-Owner | J | $ 20,267.00 | $ 31,065.50 |
| | Total ➤ | | $ 189,140.00 | |

(Report also on Summary of Schedules.)

Schedule A - Page  1 of 1

In re  **ROBERT C ASHE**                 **DEBORAH ASHE**                 Case No.
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                    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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCT SOUTHTRUST EVANS GA | | 600.00 |
| | | CHECKING ACCT SOUTHTRUST EVANS GA | J | 600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | MISC HH FURNITURE | J | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | PERSONAL PROPERTY | J | 400.00 |
| 7. Furs and jewelry. | | MISC JEWELRY | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PRUDENTIAL FINANCIAL (ANNUITY) | W | 6,961.49 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA PACIFIC LIFE | H | 4,838.00 |
| | | IRA PACIFIC LIFE | W | 5,225.00 |
| | | ROTH IRA PACIFIC LIFE | H | 2,185.00 |

Schedule B Page 1 of 3

In re  **ROBERT C ASHE**          **DEBORAH ASHE**          Case No.

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                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

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | SIMPLE IRA PACIFIC LIFE | W | 426.00 |
| | | SIMPLE IRA PACIFIC LIFE | H | 1,438.00 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1997 CHEVY | | 4,500.00 |



In re  **ROBERT C ASHE**          **DEBORAH ASHE**          Case No.
       **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**            **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**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1998 FORD F150 | H | 7,900.00 |
| | | 1998 VAN PASSET | W | 3,500.00 |
| 24. Boats, motors, and accessories. | | 1996 WAVERUNNER/JET SKI | | 2,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | CORP DEBTOR'S INTEREST IS 50% AND HIS WIFE'S INTEREST IS 50%. | J | 1,000.00 |
| | | TIMESHARE IN ORLANDO | | 7,000.00 |

_____ continuation sheets attached

Total  ➤  **$ 52,573.49**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   **ROBERT C ASHE**
        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

**DEBORAH ASHE**
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

Case No.

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1996 WAVERUNNER/JET SKI | OCGA 44-33-100(a)(6) | 2,000.00 | 2,000.00 |
| 1997 CHEVY | OCGA 44-13-100(a)(3) | 4,500.00 | 4,500.00 |
| 1998 FORD F150 | OCGA 44-13-100(a)(3) | 0.00 | 7,900.00 |
| 1998 VAN PASSET | OCGA 44-13-100(a)(3) | 2,500.00 | 3,500.00 |
| CHECKING ACCT | OCGA 44-33-100(a)(6) | 600.00 | 600.00 |
| CHECKING ACCT | OCGA 44-33-100(a)(6) | 600.00 | 600.00 |
| CORP | OCGA 44-33-100(a)(6) | 0.00 | 1,000.00 |
| IRA | OCGA 44-33-100(a)(2) | 5,225.00 | 5,225.00 |
| IRA | OCGA 44-13-100(a)(1) | 4,838.00 | 4,838.00 |
| LAND/HOUSE | OCGA 44-13-100(a)(1) | 20,000.00 | 168,873.00 |
| LOT | OCGA 44-13-100(a)(1) | 0.00 | 20,267.00 |
| MISC HH FURNITURE | OCGA 44-13-100(a)(4) | 3,500.00 | 3,500.00 |
| MISC JEWELRY | OCGA 44-13-100(a)(5) | 500.00 | 500.00 |
| PERSONAL PROPERTY | OCGA 44-33-100(a)(6) | 400.00 | 400.00 |
| PRUDENTIAL FINANCIAL | OCGA 44-13-100(a)(8) | 6,961.49 | 6,961.49 |
| ROTH IRA | OCGA 44-13-100(a)(1) | 2,185.00 | 2,185.00 |
| SIMPLE IRA | OCGA 44-33-100(a)(2) | 426.00 | 426.00 |
| SIMPLE IRA | OCGA 44-33-100(a)(2) | 1,438.00 | 1,438.00 |
| TIMESHARE IN ORLANDO | OCGA 44-33-100(a)(6) | 6,400.00 | 7,000.00 |

In re:  **ROBERT C ASHE**          **DEBORAH ASHE**          Case No.

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                    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

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **COUNTRYWIDE HOME LOANS** <br> **PO BOX 5170** <br> **SIMI VALLEY CA 93093-5170** | | ✓ | **Security Agreement** <br> **MORTGAGE LAND/HOUSE** <br> **4725 BASS DR** <br> **EVANS GA** <br><br> **VALUE $168,873.00** | | | | 128,500.00 | 0.00 |
| ACCOUNT NO. <br> **SOUTHTRUST BANK** <br> **PO BOX 2233** <br> **BIRMINGHAM AL 35201** | | ✓ | **Security Agreement** <br> **LOT** <br> **4727 BASS DR** <br> **EVANS GA** <br><br> **VALUE $20,267.00** | | | | 31,065.50 | 10.798.50 |
| ACCOUNT NO. <br> **WACHOVIA BANK NA** <br> **1451 THOMAS LANGSTON RD** <br> **WINTERVILLE NC 28590-8961** | | ✓ | **Security Agreement** <br> **1998 FORD F150** <br><br> **VALUE $7,900.00** | | | | 12,576.75 | 4.676.75 |

|  |  |
|---|---|
| Subtotal  ➤ | **$172,142.25** |
| Total  ➤ | **$172,142.25** |

(Report total also on Summary of Schedules)

Schedule D Page 1

In re:    **ROBERT C ASHE**          **DEBORAH ASHE**

**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**              **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**

Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

|  | |
|---|---|
| Subtotal > (Total of this page) | $0.00 |
| Total > | $0.00 |

In re:  **ROBERT C ASHE**
 **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**

**DEBORAH ASHE**
**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**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3000260111** | | H | | | | | 3,319.39 |
| **AM EXPRESS CENTURION BANK** **PO BOX 30799** **SALT LAKE CITY UT 84130** | | ✓ | CC | | | | |
| ACCOUNT NO.  **4356-0280-0272-9864** | | W | | | | | 5,538.56 |
| **BANK OF AMERICA** **PO BOX 53132** **PHOENIX AZ 85072-3132** | | ✓ | CC | | | | |
| ACCOUNT NO.  **4417-1273-2249-8726** | | W | | | | | 5,243.51 |
| **CAROLINA FIRST** **PO BOX 8650** **WILMINGTON DE 19899-8650** | | ✓ | CC | | | | |
| ACCOUNT NO.  **6011-0042-6050-4077** | | H | | | | | 6,286.48 |
| **DISCOVER PLATINUM** **PO BOX 15192** **WILMINGTON DE 19850-5192** | | ✓ | CC | | | | |
| ACCOUNT NO.  **4417-1259-74366-6589** | | W | | | | | 1,943.95 |
| **FIRST USA BANK NA** **PO BOX 8650** **WILMINGTON DE 19899-8650** | | ✓ | CC | | | | |

Subtotal    ➤
(Total of this page)

**$22,331.89**

Schedule F Page 1

In re:   ROBERT C ASHE                          DEBORAH ASHE                    Case No.
         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                            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

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4800-1213-8818-5009 |  | W |  |  |  |  | 16,728.95 |
| MBNA AMERICA PO BOX 15026 WILMINGTON DE 19850-5192 |  | ✓ | CC |  |  |  |  |
| ACCOUNT NO.    749-82436-084-081 |  | W |  |  |  |  | 5,333.62 |
| MBNA AMERICA PO BOX 15027 WILMINGTON DE  19850-5027 |  | ✓ | CC |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  |  | 11,670.78 |
| RICHARD S JOHNSON III C/O E.L. CLARK SPEESE 119 DAVIS RD SUITE #1-F MARTINEZ GA  30907 |  | ✓ | ACCOUNT JUDGEMENT |  |  |  |  |
| ACCOUNT NO.   5121-0717-8470-2452 |  | H |  |  |  |  | 3,275.37 |
| SEARS M/C PO BOX 105486 ATLANTA GA  30348-5486 |  | ✓ | CC |  |  |  |  |
| ACCOUNT NO.   4352-3733-5753-6827 |  | J |  |  |  |  | 7,748.07 |
| TARGET RETAILERS NATIONAL BANK PO BOX 59317 MINNEAPOLIS MN 55459-0317 |  | ✓ | CC |  |  |  |  |

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | ➢ | **$44,756.79** |
| Total | ➢ | **$67,088.68** |
|  |  | (Report total also on Summary of Schedules) |



In re:  **ROBERT C ASHE**          **DEBORAH ASHE**                    Case No.
        **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**            **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**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |



In re:  **ROBERT C ASHE**               **DEBORAH ASHE**              Case No.

**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**                    **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**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  **ROBERT C ASHE**          **DEBORAH ASHE**          Case No.
    **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**          **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**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **MARRIED** | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:<br>Spouse's Age: | NAMES<br>**CHRISTOPHER** | AGE<br>**16** | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **AD AGENCY** | **CLERICAL ASSISTANT** |
| How long employed | **3 YRS** | **6 1/2 YRS** |
| Name and Address of Employer | **ADMAX ADVERTISING INC<br>PO BOX 1820<br>EVANS GA 30809** | **COLUMBIA COUNTY BOARD OF EDUCATION<br>APLING GA** |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 6,000.00 | $ 940.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 6,000.00 | $ 940.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,700.00 | $ 190.00 |
| b. Insurance | $ 0.00 | $ 240.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)  **ANNUITY** | $ 0.00 | $ 140.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,700.00 | $ 570.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 4,300.00 | $ 370.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) **TAX REFUND** | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 4,300.00 | $ 370.00 |

TOTAL COMBINED MONTHLY INCOME $ 4,670.00          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:          **NONE**

In re **ROBERT C ASHE**                **DEBORAH ASHE**                Case No.

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                 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

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,051.00 |
| Are real estate taxes included?     Yes _____     No  ✓ | | |
| Is property insurance included?     Yes _____     No  ✓ | | |
| Utilities  Electricity and heating fuel | $ | 265.00 |
|              Water and sewer | $ | 40.00 |
|              Telephone | $ | 70.33 |
|              Other  **CABLE** | $ | 68.00 |
|                       **GARBAGE** | $ | 30.00 |
| Home Maintenance (Repairs and upkeep) | $ | 150.00 |
| Food | $ | 550.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 104.00 |
| Medical and dental expenses | $ | 125.00 |
| Transportation (not including car payments) | $ | 310.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|              Homeowner's or renter's | $ | 0.00 |
|              Life | $ | 166.67 |
|              Health | $ | 125.00 |
|              Auto | $ | 350.00 |
|              Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|              Auto | $ | 0.00 |
|              Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other  **HAIRCUTS** | $ | 60.00 |
|          **LOT PAYMENT** | $ | 450.00 |
|          **PETCARE** | $ | 75.00 |
|          **SCHOOL LUNCH/SUPPLIES/TRIPS** | $ | 125.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **4,345.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 4,670.00 |
| B. Total projected monthly expenses | $ | 4,345.00 |
| C. Excess income (A minus B) | $ | 325.00 |
| D. Total amount to be paid into plan each _____ **Monthly** | $ | 325.00 |
|                                                          (interval) | | |

In re:   ROBERT C & DEBORAH A ASHE

Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 13 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___4-7-03___

Signature ___Robert C Ashe___

___Deborah A Ashe___

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT

### Southern District of Georgia

In re:   **ROBERT C ASHE**            **DEBORAH ASHE**            Case No. _____
         **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**              **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**            Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **110,000.00** | **EMPLOYMENT** | **2001** |
| **185,000.00** | **EMPLOYMENT** | **2002** |
| **27,500.00** | **EMPLOYMENT** | **2003** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **COUNTRYWIDE HOME LOANS**<br>**PO BOX 5170**<br>**SIMI VALLEY CA 93093-5170** | **JAN, 03**<br>**FEB, 03**<br>**MARCH, 03** | **$ 3,150.00** | **$ 128,500.00** |
| **SOUTHTRUST BK OF GA**<br>**PO BOX 2233**<br>**BIRMINGHAM AL 35201** | **JAN, 03**<br>**FEB, 03**<br>**MARCH, 03** | **$ 1,350.00** | **$ 31,065.50** |

None
☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

JOINT- JOHNSON vs ASHE/BAY COUNTY FL

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

15.    Prior Address of Debtor

None
X

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

16.    Spouses and Former Spouses

None
X

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

17.    Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
X

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT                        NOTICE          LAW

None
X

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF     ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE      LAW

None
X

   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18.   Nature, location and name of business

None
X

   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole partnership, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAX PAYER I.D.NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
X

   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. }0}.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

19. Books, records and financial statements

None
X
a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

_____

None
X
b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                 DATES SERVICES RENDERED

_____

None
X
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

_____

None
X
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED

_____

20. Inventories

None
X
a.  List the dates to the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                    DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY    INVENTORY SUPERVISOR    (Specify cost, market or other basis)

_____

None
X
b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN
                                           OF INVENTORY RECORDS

21.  Current Partners, Officers, Directors and Shareholders

None     a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of
X              the partnership.

|       NAME AND ADDRESS       |       NATURE OF INTEREST       |       PERCENTAGE OF INTEREST       |
|---|---|---|

None     b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder
X              who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities
               of the corporation.

|       NAME AND ADDRESS       |       TITLE       |       NATURE AND PERCENTAGE OF STOCK OWNERSHIP       |
|---|---|---|

22.  Former partners, officers, directors, and shareholders

None     a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
X              immediately preceding the commencement of this case.

|       NAME       |       ADDRESS       |       DATE OF WITHDRAWAL       |
|---|---|---|

None     b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
X              terminated within one year immediately preceding the commencement of this case.

|       NAME AND ADDRESS       |       TITLE       |       DATE OF TERMINATION       |
|---|---|---|

23.  Withdrawals from a partnership or distributions by a corporation

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an
X        insider, including compensation in any form, bonuses, loans, stock redemption's, options exercised and any
         other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

24. Tax Consolidation Group

None.
X

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

25. Pension Funds

None
X

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

\*\*\*\*\*\*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____4-7-03_____    Signature _____Ralf C Ash_____
of Debtor

Date _____4-7-03_____    Signature _____Deborah C. Ash_____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

-------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____    _____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____

_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court

BK 122
(8/84)

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

Chapter  7—Liquidation, or
Chapter 11—Reorganization, or
Chapter 13—Adjustment of Debts of an Individual
with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

**Clerk of Court**

## ACKNOWLEDGMENT

I hereby certify that I have read this notice.

DATED: _____4- 7-03_____

_____,
Debtor

_____,
Joint Debtor, if any

INSTRUCTIONS: *If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.*