# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the matter of: | ) | Chapter 13 Case |
| | ) | Number 03-11441-SDB |
| **ROBERT C. ASHE** | ) | |
| **DEBORAH ASHE** | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

## ORDER ON MOTION FOR RELEASE OF FUNDS

The Application Requesting Payment from Unclaimed Funds to Richard S. Johnson, III, having been read and considered, and just cause having been shown,

**IT IS HEREBY ORDERED** that the sum of $2,634.19 held in unclaimed funds be paid to Richard S. Johnson, III and sent to the address shown on the application.

_____
Judge, United States Bankruptcy Court

Entered at Augusta, Georgia

this _____ day of _____ 2010.